1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME SIGNATURES LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SOLVADERM SKINCARE USA, a privately-owned company business form unknown; BRENDAN O'SHEA, an individual; ADMARK, LLC, a Nevada limited liability company; WASTENA HOLDINGS LLC, a Nevada limited liability company; and PRIMARK, LLC, a Nevada limited liability company; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-09475-DSF-GJS<br>Hon. Dale S. Fischer<br><br>**STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE; ORDER THEREON** |

This case having come before this Court with Plaintiff Prime Signatures LLC ("Plaintiff") and Defendants Solvaderm Skincare USA, Brendan O'Shea, Admark, LLC, Wastena Holdings LLC, and Primark, LLC ("Defendants"), where Plaintiff and Defendants stipulate as follows, IT IS HEREBY ORDERED, ADJUDICATED and DECREED as follows for good cause shown:

## PERMANENT INJUNCTION ORDER

1. This Court has jurisdiction and venue over the parties and the subject matter in this case.

2. Pursuant to 15 U.S.C. § 1116(a), Defendants, and any of their employees, agents, representatives, subsidiaries, directors, principals, officers, successors, and assigns, and all others acting in concert or participation with Defendants who receive actual notice of this Order, shall be permanently enjoined and restrained from using Plaintiff's "Celluliad" and "Potentlift" trademarks in any capacity in any consumer advertising or in any SEO or keyword advertising to drive any advertising traffic over the internet.

3. Defendants represent they do not own, control, or operate the following websites: www.consumer.tv, www.thebeautyinsiders.com, or www.consumerhealthdigest.com.

4. This Court SHALL RETAIN JURISDICTION of this action to the extent necessary to ensure full compliance with all obligations imposed by the Permanent Injunction Order, including the enforcement of the Stipulated Permanent Injunction by way of contempt or otherwise.

5. Defendants waive any appeal of the Stipulated Permanent Injunction.

6. Each of the parties SHALL BEAR ITS OWN COSTS AND ITS OWN ATTORNEYS' FEES.

///

7. Subject to this Court's limited retention of jurisdiction as set forth above, all claims filed in this action SHALL BE DISMISSED from this action WITH PREJUDICE.

IT IS SO ORDERED.

DATED: June 11, 2020

*[signature]*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

THE FOREGOING SO STIPULATED:

**ONE LLP**

Dated: June 10, 2020        */s/ Peter Afrasiabi*
Peter Afrasiabi

Attorney for Plaintiff

**COTMAN IP LAW GROUP, PLC**

Dated: June 10, 2020        */s/ Jayson Sohi*
Daniel Cotman
Jayson Sohi

Attorneys for Defendants